# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1165

_____

| | | |
|---|---|---|
| Leonard C. Lee, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Tommy G. Thompson, Secretary, | * | |
| United States Department of Health | * | [UNPUBLISHED] |
| and Human Services, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| Vicky Ross-Barsch, Individually and | * | |
| in her official capacity as Assistant | * | |
| Deputy Director, NCTR; Victor G. | * | |
| Attwood, Individually and in his | * | |
| official capacity as Deputy Director, | * | |
| NCTR; Mary Ann Hutchinson, | * | |
| Individually and in her official capacity | * | |
| as Personnel Director, NCTR; Dick | * | |
| King, Individually and in his official | * | |
| capacity as Personnel Specialist, | * | |
| NCTR; Kimberly Carter, Individually | * | |
| and in her official capacity as Director | * | |
| Division of Personnel Operations, | * | |
| ORA; George Calvert, Individually | * | |
| and in his official capacity as Director, | * | |
| Classification Services, FDA, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted:  December 24, 2004
Filed:    January 24, 2005

_____

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Leonard Lee appeals the district court's[1] adverse judgment after a bench trial in his Title VII action against the Secretary of the Department of Health and Human Services.  After carefully reviewing the record, we find no clear error in the district court's findings that Lee did not prove race discrimination, retaliation, or harassment. See Tadlock v. Powell, 291 F.3d 541, 546 (8th Cir. 2002) (standard of review).  We also agree with the court that Lee did not exhaust his administrative remedies on his claim that supervisors discriminated and retaliated against him by accusing him of fraud in a worker's compensation case.  See Burkett v. Glickman, 327 F.3d 658, 660 (8th Cir. 2003).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.